IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEREMIE CAMPBELL, | § | |
| | § | No. 543, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1705012271 (N) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: February 1, 2018
Decided: February 5, 2018

## **O R D E R**

This 5th day of February 2018, it appears that the Court issued a notice to the appellant to show cause why his appeal should not be dismissed as an inappropriate interlocutory appeal in a criminal case. The appellant was granted an extension until February 1, 2018 to file a response. The appellant failed to respond by the extended deadline. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice